```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
———————————————————————————

KORIN RUTLEDGE,                          20-cv-7643 (JGK)

            Plaintiff,                ORDER

    - against -

PAUL BEREZOWSKI, ET AL.,

            Defendants.
———————————————————————————

JOHN G. KOELTL, District Judge:

As discussed at the teleconference held on January 19, 2021, this case is stayed until March 19, 2021.  The parties should file a status report no later than March 19, 2021.

**SO ORDERED.**

Dated:    New York, New York
         January 20, 2021

                                    /s/ John G. Koeltl
                                     John G. Koeltl
                            United States District Judge